UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| **KEVIN DAVIS, on behalf of himself, and all others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**CONSENSYS SOFTWARE INC.**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No. 1:21-cv-6281<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Jonathan DiBello, being duly sworn, state:

The undersigned being duly sworn, deposes and says: Jonathan DiBello is not a party to the action, is over 18 years of age and resides at 43 Nyack Ave, FL 1, Lansdowne, PA 19050.

I served the following documents on ConsenSys Software Inc. in New Castle County, DE on July 27, 2021 at 10:54 am at 251 Little Falls Dr, Wilmington, DE 19808 by leaving the following documents with Refused per company policy who as Litigation Management Representative at CSC is authorized by appointment or by law to receive service of process for ConsenSys Software Inc..

Summons
Complaint
Civil Cover Sheet

Additional Description:
Served via Registered Agent

Black or African American Male, est. age 35, glasses: Y, Black hair, 140 lbs to 160 lbs, 5' 9" to 6'. Geolocation of Serve: http://maps.google.com/maps?q=39.76065863,-75.62338212


I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Delaware County  ,  PA   on   *Jonathan DiBello*
  7/28/2021  .
Signature
Jonathan DiBello
(215) 495-3618