UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| KEVIN DAVIS, on behalf of himself and all others similarly situated,<br><br>                      Plaintiffs,<br><br>                      v.<br><br>CONSENSYS SOFTWARE INC.,<br><br>                      Defendant. | **NOTICE OF APPEARANCE** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendant ConsenSys Software Inc.

Dated: New York, New York
       August 11, 2021

**DONTZIN NAGY & FLEISSIG LLP**

By: /s/ Tracy O. Appleton
     Tracy O. Appleton
     980 Madison Avenue
     New York, NY 10075
     tappleton@dnfllp.com
     Telephone: (212) 717-2900
     Facsimile: (212) 717-8088