**MEMO ENDORSED**

## DONTZIN NAGY & FLEISSIG LLP

980 MADISON AVENUE
NEW YORK, N.Y. 10075
TELEPHONE (212) 717-2900
FAX (212) 717-8088

HON. MICHAEL J. DONTZIN (1993-2012)
MATTHEW S. DONTZIN
TIBOR L. NAGY, JR.
DAVID A. FLEISSIG
TRACY O. APPLETON
JASON A. KOLBE

RUBEN G. PERLMUTTER
AMINA M. HAFEZ
SUSAN S. HU
ASHER T. LOWENSTEIN
HEIDI R. SCHUMANN
WILLIAM H. LAGRANGE
RICHARD J. SARCONE

**VIA ECF**                                                                August 11, 2021

The Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2103
New York, New York 10007

      Re:    *Davis v. Consensys Software Inc.*, 21 Civ. 06281

Dear Judge Failla:

      Today we entered our appearance on behalf of Defendant ConsenSys Software Inc. in the above-captioned action (the "Action"). We write to respectfully request an extension of the deadline for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint (Dkt. No. 1) to September 27, 2021.

      This is the first extension request, and it is made with the consent of counsel for Plaintiff. The current deadline for Defendant to answer, move, or otherwise respond is August 17, 2021. The reason for the extension requested herein is to account for intervening vacation plans and to enable Defendant and its counsel to investigate and fully respond to the allegations in Plaintiff's Complaint. Granting this extension will not affect any other scheduled dates in the Action.

      Accordingly, Defendant respectfully requests that its time to answer, move, or otherwise respond to Plaintiff's Complaint be extended to September 27, 2021.

Respectfully submitted,

Tracy O. Appleton

Cc: All counsel of record (via ECF)

Application GRANTED.

Dated: August 11, 2021
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE