IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN DAVIS, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>  -v-<br><br>CONSENSYS SOFTWARE INC.,<br><br>      Defendant. | Civil Case Number:  1:21-cv-06281-KPF |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant in the above-captioned matter, with prejudice.

  All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:   September 20, 2021

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Kevin Davis*